IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** _____ |
| v. | : | **DATE FILED:** _____ |
| **NAFEZ HUTCHINGS** | : | **VIOLATION:** |
| | | **18 U.S.C. § 924(a)(1)(A) (false** |
| | : | **statements to a federal firearms licensee -** |
| | | **12 counts)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

### COUNTS ONE THROUGH TWELVE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Philadelphia Training Academy, located at 831-833 Ellsworth Street, Philadelphia, Pennsylvania, possessed a valid Federal Firearms License ("FFL") and was authorized to deal in firearms under federal law.

2. Treeline Sports Incorporated, located at 1447 West Main Street, Norristown, Pennsylvania, possessed a valid FFL and was authorized to deal in firearms under federal law.

3. Tanner's Sports Center, located at 2301 York Road, Jamison, Pennsylvania, possessed a valid FFL and was authorized to deal in firearms under federal law.

4. Surplus Arme, located at 1101B Elsinore Place, Chester, Pennsylvania, possessed a valid FFL and was authorized to deal in firearms under federal law.

5.  FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

6.  The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct.

7.  Question 2 of the Form 4473 requires that the prospective purchaser certify truthfully, subject to penalties of perjury, his or her correct current state of residence and address.

8.  Question 11.a. of the Form 4473 requires that the prospective purchaser certify truthfully, subject to penalties of perjury, that he or she was the actual buyer of the firearm. The Form 4473 states: "Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." In the certification section of the Form 4473, the actual buyer must certify that his or her answers to the questions on the form are "true, correct, and complete," and acknowledge by his or her signature that "making any false oral or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

9.  FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, to ensure that the person was not prohibited from purchasing a firearm.

10. On or about the dates specified below, in the Eastern District of Pennsylvania, defendant

**NAFEZ HUTCHINGS,**

in connection with the acquisition of each of the firearms listed below from the FFL holders listed below, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holders' records, in that defendant NAFEZ HUTCHINGS certified on the Form 4473, that his residence was located at 5425 Christian Street, Philadelphia, Pennsylvania, and that he was the actual buyer of the firearms, when in fact, as the defendant knew, these statements were false and fictitious, each date constituting a separate offense:

| Count | Date | FFL Location | Firearm | Serial Number |
|---|---|---|---|---|
| 1 | June 11, 2020 | Philadelphia Training Academy | Glock, model 22, .40 S&W caliber semi-automatic pistol | MMC696 |
| 2 | July 26, 2020 | Philadelphia Training Academy | Glock, model 44, .22 LR caliber semi-automatic pistol | AEKG757 |
| 3 | July 30, 2020 | Treeline Sports, Inc. | Glock, model 29, 10mm semi-automatic pistol | BLEE387 |
| 4 | August 3, 2020 | Treeline Sports, Inc. | Smith & Wesson, model NP40, .40 caliber semi-automatic pistol | NEB 2567 |
|   |   |   | Canik, model TP9, 9mm semi-automatic pistol | 20BN04877 |

| 5 | August 7, 2020 | Treeline Sports, Inc. | Smith &Wesson, model M&P 40c, .40 caliber semi- automatic pistol | HRN0048 |
| --- | --- | --- | --- | --- |
|   |   |   | Springfield, model XD-E 9mm semi-automatic pistol | ATT2099 |
| 6 | August 10, 2020 | Treeline Sports, Inc. | Springfield, model XD-E 9mm semi-automatic pistol | AT143402 |
|   |   |   | Smith &Wesson, model M&P 40, .40 S&W caliber semi-automatic pistol | NEZ5012 |
| 7 | August 17, 2020 | Tanner's Sports Center | Springfield, model XD, .45 caliber semi-automatic pistol | US620076 |
|   |   |   | Glock, model 21, .45 caliber semi-automatic pistol | BCKR123 |
| 8 | August 17, 2020 | Tanner's Sports Center | Glock, model 44, .22LR caliber semi-automatic pistol | AEFY913 |
|   |   |   | Glock, model 30, .45ACP caliber semi-automatic pistol | LDE341 |
| 9 | August 18, 2020 | Tanner's Sports Center | Glock, model 19X, 9mm semi-automatic pistol | BPTD333 |
|   |   |   | Smith &Wesson, model M&P Shield, .40 caliber semi-automatic pistol | JEZ1242 |

| 10 | August 20, 2020 | Tanner's Sports Center | Glock, model 21SF, .45 ACP caliber semi-automatic pistol | BPMR525 |
| --- | --- | --- | --- | --- |
| | | | Glock, model 30S, .45 ACP caliber semi-automatic pistol | BPUV607 |
| | | | Springfield, model XD9, 9mm semi-automatic pistol | US890037 |
| | | | Smith &Wesson, model M&P 40C, .40 S&W caliber semi-automatic pistol | DSL9765 |
| 11 | August 24, 2020 | Tanner's Sports Center | Glock, model 2, .45 caliber semi-automatic pistol | MRN459 |
| | | | Glock, model 23, .40 S&W caliber semi-automatic pistol | BPKD595 |
| | | | Del-Ton, model DTI-15, .556 caliber semi-automatic pistol | DTIS214605 |
| 12 | August 24, 2020 | Surplus Arme | Glock, model 17 Gen 4, 9mm semi-automatic pistol | BBGS392 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 924(a)(1)(A), as set forth in this indictment, defendant

## NAFEZ HUTCHINGS

shall forfeit to the United States of America the firearms involved in the commission of these offenses, including, but not limited to:

1. a Glock, model 22, .40 S&W caliber semi-automatic pistol, bearing serial number MMC696;

2. a Glock, model 44, .22 LR caliber semi-automatic pistol, bearing serial number AEKG757;

3. a Glock, model 29, 10mm semi-automatic pistol, bearing serial number BLEE387;

4. a Smith & Wesson, model NP40, .40 caliber semi-automatic pistol, bearing serial number NEB567;

5. a Canik, model TP9, 9mm semi-automatic pistol, bearing serial number 20BN04877;

6. a Smith &Wesson, model M&P 40c, .40 caliber semi-automatic pistol, bearing serial number HRN0048;

7. a Springfield, model XD-E, 9mm semi-automatic pistol, bearing serial number ATT2099;

8. a Springfield, model XD-E, 9mm semi-automatic pistol, bearing serial number AT143402;

9. a Smith &Wesson, model M&P 40, .40 S&W caliber semi-automatic pistol, bearing serial number NEZ5012;

10. a Springfield, model XD, .45 caliber semi- automatic pistol, bearing serial number US620076;

11. a Glock, model 21, .45 caliber semi-automatic pistol, bearing serial number BCKR123;

12. a Glock, model 44, .22LR caliber semi-automatic pistol, bearing serial number AEFY913;

13. a Glock, model 30, .45ACP caliber semi-automatic pistol, bearing serial number LDE341;

14. a Glock, model 19X, 9mm semi-automatic pistol, bearing serial number BPTD333;

15. a Smith &Wesson, model M&P Shield, .40 caliber semi-automatic pistol, bearing serial number JEZ1242;

16. a Glock, model 21SF, .45 ACP caliber semi-automatic pistol, bearing serial number BPMR525;

17. a Glock, model 30S, .45 ACP caliber semi-automatic pistol, bearing serial number BPUV607;

18. a Springfield, model XD9, 9mm semi-automatic pistol, bearing serial number US890037;

19. Smith &Wesson, model M&P 40C, .40 S&W caliber semi-automatic pistol, bearing serial number DSL9765;

20. a Glock, model 2, .45 caliber semi-automatic pistol, bearing serial number MRN459;

21. a Glock, model 23, .40 S&W caliber semi-automatic pistol, bearing serial number BPKD595;

22. a Del-Ton, model DTI-15, .556 caliber semi-automatic pistol, bearing serial number DTIS214605; and

23. a Glock, model 17 Gen 4, 9mm semi-automatic pistol, bearing serial number BBGS392.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

███████████████

_____
**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**

8

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

NAFEZ HUTCHINGS

INDICTMENT

18 U.S.C. § 924(a)(1)(A) (false statements to a federal firearms licensee - 12 counts)
Notice of forfeiture

_____ bill.

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____